**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF POTOMAC VALLEY BRICK AND SUPPLY COMPANY <br><br> Plaintiff <br><br> v. <br><br> ARCH INSURANCE COMPANY <br><br> Defendant | Case No. _____ |

## **COMPLAINT**

1. Jurisdiction of this cause is conferred by Section 3133 of Title 40 in the United States Code.

2. On or about the 30th day of November, 2010, the Department of the Army and Pride Enterprises, Inc. ("Pride") entered into a contract in which Pride agreed to furnish labor and material required for the construction of a masonry building that was part of the Clearwater Gatehouse Project located at 5900 MacArthur Blvd., N.W., in Washington, D.C.

3. Pursuant to the Act of Congress approved August 24, 1935, the Defendant, Pride, as Principal, and the Defendant, Arch Insurance Company, as Surety, duly executed a standard government form of payment bond to the United States of America, whereby the Pride, as Principal, and the Defendant, Arch Insurance Company, as Surety,

each bound themselves jointly and severally in the sum of $659,964.20 on the condition that if the principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided in said contract, and any and all duly authorized modifications of contract that may hereafter be made, notice of which modifications to the surety is hereby waived, then these obligations to be void, otherwise to remain in full force and virtue. A copy of this bond is attached hereto as Exhibit A.

4. That said bond was duly accepted by the Department of the Army and upon such acceptance, the contract for the construction of the masonry building that was part of the Clearwater Gatehouse Project was awarded to Pride.

5. Thereafter and through July 6, 2012, the Use-Plaintiff, at the special instance and request of Daly Masonry, Inc., a subcontractor of Pride, supplied material required in connection with the aforesaid project.

6. That said Potomac Valley Brick and Supply Company contracted directly with Daly Masonry, Inc. for the aforesaid material and the material supplied by this Use-Plaintiff was required to be supplied by Pride under its aforesaid contract with the Department of the Army and was so supplied with the knowledge, consent and approval of Pride for the said project.

7. That Daly Masonry, Inc. has failed and neglected to pay to the Use-Plaintiff the sum of $10,116.91 according to its contract, as well as interest at the rate of 1½% per month from March 1, 2012, and 33% attorneys' fees of $3,338.28.

8. One year has not elapsed from the date of final settlement of the contract and although due and timely demand has been made upon Pride and the Defendant, Arch Insurance Company, as required by statute, no part of the said sum of $10,116.91 with interest and attorneys' fees has been paid to the Use-Plaintiff.

9. All of the said labor was performed and material supplied within the District of Columbia.

WHEREFORE, the United States of America, for the use and benefit of Potomac Valley Brick and Supply Company, demands judgment against the Defendant, Arch Insurance Company, in the sum of $10,116.91 with interest at the rate of 1½% per month from March 1, 2012, attorneys' fees of $3,338.28 and costs of this action.

/s/ Frank J. Emig
FRANK J. EMIG, #01088
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, MD 20770-3525
T: 301-345-7002; F: 301-345-0975
Email: frankemig@msn.com
Attorney for Use-Plaintiff,
Potomac Valley Brick and Supply Co.